The People of the State of New York ex rel. The City of New York, Respondent, v. William D. Dickey et al., as Commissioners under the Change of Grade Damage Acts, Defendants, and William W. Astor, Appellant. (Claim No. 1717.)

*People ex rel. City of New York* v. *Dickey*, 162 App. Div. —, affirmed.
(Argued April 20; 1914; decided June 9, 1914.)

Appeal from an order of the Appellate Division of the Supreme Court in the first judicial department, entered March 31, 1914, which sustained a writ of certiorari and annulled a determination of the defendant commissioners in a change of grade damage proceeding.

*Barclay E. V. McCarty* and *John M. Harrington* for appellant.

*Frank L. Polk, Corporation Counsel (Charles J. Nehrbas* of counsel), for respondent.

Order affirmed, with costs; no opinion.
Concur: Willlard Bartlett, Ch. J., Werner, Hiscock, Chase, Collin, Cuddeback and Hogan, JJ.